

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-11-2007

# Kendrick v. DA Philadelphia

Precedential or Non-Precedential: Precedential

Docket No. 02-3158

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"Kendrick v. DA Philadelphia" (2007). *2007 Decisions.* Paper 847.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/847

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS  FOR THE THIRD CIRCUIT

_____

No. 02-3158

_____

KEVIN KENDRICK,
                                             Appellant
v.

THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA;
THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA;
NANCY BAILEY, SUPERINTENDENT OF FCI, FORT DIX

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 00-cv-03561)
District Judge: Honorable William H. Yohn, Jr.

_____

Originally Argued January 13, 2004
Before: BECKER, ALITO, and CHERTOFF, Circuit Judges

Resubmitted May 1, 2007
Before:  SLOVITER, MCKEE, and CHAGARES,
Circuit Judges[*]

_____

(Filed June 7, 2007)

_____

ORDER AMENDING OPINION

---

[*]This case was argued before the panel of Judges Becker, Alito, and Chertoff on January 13, 2004.  Judge Michael Chertoff subsequently resigned on February 15, 2005.  Judge, now Justice, Samuel A. Alito, Jr. was elevated to the United States Supreme Court on January 31, 2006.  Judge Edward R. Becker passed away on May 19, 2006.  The panel was reconstituted on June 6, 2006 to consist of Judges Sloviter, McKee and Chagares.

IT IS ORDERED that the slip opinion in the above case, filed June 7, 2007, be amended as follows:

Page 1 of the caption, line 5 of the Appellees:

NANCY BAILEY, SUPERINTENDENT OF FBI, FORT DIX

should be deleted and replaced by:

NANCY BAILEY, SUPERINTENDENT OF FCI, FORT DIX

By the Court,

  /s/ Dolores K. Sloviter  
Circuit Judge

Dated: 11 June 2007